UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAURABH CHHIBBER,
    Petitioner,

v.

THOMAS M. HODGSON, SHERIFF OF
BRISTOL COUNTY HOUSE OF
CORRECTION AND JAIL,
    Respondent.

CIVIL ACTION
NO. 13-11252-GAO

## SERVICE ORDER

O'TOOLE, D.J.

    On May 22, 2013, Petitioner Saurabh Chhibber, an alien detainee housed at the Bristol County House of Correction and Jail in North Dartmouth, Massachusetts, filed, through his several attorneys, a § 2241 habeas petition seeking an individual determination hearing as to whether his prolonged detention is justified.

    Petitioner paid the $5.00 filing fee.

    Upon review of the pleadings, it is hereby Ordered that:

1. Thomas M. Hodgson, Sheriff of Bristol County, shall be the sole Respondent in this action. All other named Respondents shall be terminated from this action, and the clerk shall modify the docket accordingly. See Rumsfeld v. Padilla, 542 U.S. 426, 434 (2004); Vasquez v. Reno, 233 F.3d 688, 693 (1st Cir. 2000);

2. The Acting Clerk of this Court shall serve a copy of the petition upon (i) Thomas M. Hodgson, Sheriff of Bristol County, 400 Faunce Corner Road, North Dartmouth, Massachusetts 02747; and (ii) the United States Attorney for the District of Massachusetts;

3. The Respondent shall, within 21 days of receipt of this Service Order, file an Answer or other responsive pleading;

4. The Respondent shall, within 21 days of receipt of this Service Order, file a Response to the Petitioner's Motion for a Preliminary Injunction (Docket No 4); the motion is DEFERRED pending the Response.

5.      The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled removal of the Petitioner, and any scheduled transfer of the Petitioner out of the jurisdiction.

SO ORDERED.

                                            /s/ George A. O'Toole, Jr.
                                            GEORGE A. O'TOOLE, JR.
                                            UNITED STATES DISTRICT JUDGE

DATED: May 24, 2013